FINAIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MOSLEY,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-0813** |
| | : | |
| **TEN PENN CENTER**, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 28th day of April, 2023, upon consideration of Plaintiff James Mosley's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the Complaint is **DISMISSED** as follows:

   a. Mosley's claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

   b. Mosley's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, and he may pursue those claims in the appropriate state court.

4. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

**/s/ Gerald J. Pappert**
**GERALD J. PAPPERT, J.**